**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01489-BNB

WILLIAM J. MABIE,

        Applicant,

v.

WARDEN C. DANIELS

        Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

        Applicant's Motion for Summary Judgment, ECF No. 15, is construed as a Motion for Default Judgment and is denied.  Respondent filed a timely Preliminary Response, ECF No. 14, on August 21, 2013, and certified service of the Response to Applicant on the same date.  Applicant has twenty-one days from the date Respondent filed the Preliminary Response to file a Reply if he desires.

Dated:  September 11, 2013

---