# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01489-REB

WILLIAM MABIE,

    Applicant,

v.

CHARLES DANIELS, Warden,

    Respondent.

## FINAL JUDGMENT

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Application for Writ of Habeas Corpus** [#34] entered by Judge Robert E. Blackburn on January 29, 2014, which order is incorporated herein by this reference.

    **IT IS ORDERED** as follows:

    1. That the **Petition for Restoration of "Good Time" Due to Lack of Due Process** [#1], filed June 10, 2013, and the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#6], filed July 2, 2013, by Applicant William J. Mabie are considered together and are **DENIED**;

    2. That this case is **DISMISSED**; and

    3. That leave to proceed *in forma pauperis* on appeal is denied.

    Additionally, each party shall bear its own costs and fees.

DATED at Denver, Colorado, this  31st  day of January, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Kathleen Finney
Kathleen Finney
Deputy Clerk